United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| BAYSIDE-RICHARDSON CO-OPERATIVE GIN CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:26-CV-00053 |
| | § | |
| OCCUPATIONAL SAFETY & HEALTH REVIEW COMMISSION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to Plaintiff's Rule 41 Notice of Dismissal Without Prejudice (D.E. 9), the Court enters final judgment dismissing this action without prejudice.

**ORDERED** on September 21, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE